|  |  |  |
|---|---|---|
|  | Case No._____ |  |
| DAVID REED WILBERS | § | UNITED STATES DISTRICT COURT |
|  | § |  |
| v. | § |  |
|  | § |  |
| MARY A. MCNECE | § |  |
| And | § | EASTERN DISTRICT OF KENTUCKY |
| UNITED STATES OF AMERICA | § |  |
|  | § |  |
|  | § |  |
|  | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

Comes now, DAVID REED WILBERS, Plaintiff in the above styled action, and files this Original Petition and complaint of MARY A MCNECE and THE UNITED STATES OF AMERICA for causes of actions based the allegations set forth below:

### PARTIES

1. DAVID REED WILBERS is a resident of Franklin County, Kentucky.

2. MARY A MCNECE is a resident of Woodford County, Kentucky who may be served with this complaint by mail to 106 Dan Drive, Versailles, Kentucky 40383.

3. This is an action against the Defendant, UNITED STATES OF AMERICA. under the Federal Tort Claims Act, (28 U.S.C. §2671, et seq.) and 28 U.S.C. §1346(b)(l), for negligence in connection with a motor vehicle collision that occurred on W. Plaza Connector Road in Frankfort, Kentucky and involving an employee of the United States Postal Service.

4. The claims herein are brought against the Defendant, UNITED STATES OF AMERICA, pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346(b)(l), for money damages as compensation for personal injuries caused by the Defendant's negligence.

1

5. The United States Postal Service is a quasi-government entity, and under the doctrine of respondeat superior, the UNITED STATES OF AMERICA is liable to the Plaintiff for damages suffered as a result of the negligence of their employee, MARY A MCNECE, because they are vicariously liable for the negligence of MARY A MCNECE in a motor vehicle collision which occurred in Franklin County, Kentucky. The UNITED STATES OF AMERICA may be served by sending a copy of this complaint to:

   a. Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948;

   b. USPS Headquarters, C/O Postmaster General Louis DeJoy, 475 L'Enfant Plaza SW, Washington, DC 20260-0010; and

   c. U.S. Department of Justice, C/O U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

6. Plaintiffs have fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.* Plaintiffs are now filing this Complaint pursuant to 28 U.S.C. § 2401(b) after not receiving the United States Postal Service's response to their claim.

**FACTS**

7. On or about August 10, 2019, MARY A MCNECE was driving a 1988 white Chevrolet truck owned by the UNITED STATES POSTAL SERVICE travelling South on W. Plaza Connector Road in Frankfort, Franklin County, Kentucky.

8. At the same time, DAVID REED WILBERS was driving his 2007 Green Jeep Wrangler South on W. Plaza Connector Road in Frankfort, Franklin County, Kentucky.

9. The two vehicles collided at the intersection of W. Plaza Connector Drive and Minuteman Parkway.

10. MARY A MCNECE was negligent in driving her vehicle because she later reported to the police investigator that she had attempted to brake, but that the brakes failed, and the vehicle continued forward towards the stopped vehicle being driven by DAVID REED WILBERS.

11. The force of the impact between the two vehicles caused DAVID REED WILBERS to suffer multiple personal injuries.

12. The UNITED STATES OF AMERICA is vicariously liable for this negligence of MARY A MCNECE because she was about the business of his employer, the UNITED STATES OF AMERICA via the United States Postal Service, at the time of the collision.

**VENUE AND JURSIDICTION**

13. Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

14. Venue is proper under 28 U.S.C. §1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Eastern District of Kentucky.

**CAUSES OF ACTION**

*Count I*

15. MARY A MCNECE had a duty to DAVID REED WILBERS to exercise ordinary care for her own safety and the safety of other persons while driving his vehicle and this general duty included the following specific duties:

   a. to keep a lookout ahead for other vehicles in front of him that were so near in front of her intended line of travel as to be a danger of collision;

3

  b. to have her vehicle under reasonable control;

  c. to exercise ordinary care generally to avoid collision with other persons or vehicles using the road;

  d. to operate her vehicle at a safe speed taking into consideration the current conditions under which she was operating the vehicle.

16. MARY A MCNECE breached these duties, individually or in combination, resulting a collision between his vehicle and the one operated by DAVID REED WILBERS, which was the direct and proximate cause of damage suffered by DAVID REED WILBERS including, but not limited to, the following:

  a. Physical injury with pain and suffering which is likely to continue into the future;

  b. Medical expenses which are likely to continue into the future;

  c. Lost wages and earnings which are likely to continue into the future;

  d. Emotional pain and suffering which is likely to continue into the future;

  e. Loss of business and economic opportunities which is likely to continue into the future.

### *Count II*

17. The Plaintiff hereby reaffirms, reiterates, and incorporates all of the allegations previously stated as if they had been fully stated herein.

18. This is a tort claim against the UNITED STATES OF AMERICA via the United States Postal Service because it employed MARY A MCNECE to drive the 1988 Chevrolet truck at the time of the collision.

19. United States laws at 39 CFR Section 912.2 make the Federal Tort Claims Act applicable to tort claims arising from the activities of the Postal Service (39 U.S.C. 409(c).

Wherefore, DAVID REED WILBERS asks that he be granted the following:

1. Judgment against MARY A MCNECE and the UNITED STATES OF AMERICA for a sum of money sufficient to compensate DAVID REED WILBERS for all damages he suffered as a result of MARY A MCNECE's negligent conduct;
2. Court costs;
3. Attorney fees; and
4. All other relief to which DAVID REED WILBERS may appear to be entitled.

Respectfully submitted,

*/s/ Christopher C. Bailey*
Christopher C. Bailey
J. Tate Meagher
MEAGHER LAW OFFICE, PLLC
9710 Park Plaza Ave, Unit 205
Louisville, KY 40241
(502) 654-6744 (office)
(502) 587-2006 (fax)
chris@meagherlawoffice.com
*Counsel for Plaintiff*