Case No. 3:23-cv-3-GFVT

| | | |
|---|---|---|
| DAVID REED WILBERS | § | UNITED STATES DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| MARY A. MCNECE | § | |
| And | § | EASTERN DISTRICT OF KENTUCKY |
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |

# PROOF OF SERVICE
## of
### Summons and Complaint

The summons and complaint were served on **Mary A. McNece** at 106 Dan Drive, Versailles, Kentucky 40383 by U.S. Postal Service Certified Mail. The signed return receipt, PS Form 3811 ("Green Card") – or its electronic equivalent – is attached as proof of service on named defendant.

Dated: 1/17/23          Signature: _[signature]_

Printed Name: Christopher C. Bailey

Address: 9710 Park Plaza Ave, Unit 205

City, State, Zip Code: Louisville, KY 40241

Telephone Number: 502-654-6744