**UNITED STATES POSTAL SERVICE**

January 19, 2023

Dear Christopher Bailey:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 3247 3400 1758 0311 45**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 17, 2023, 12:33 pm |
| **Location:** | VERSAILLES, KY 40383 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Mary A McNece |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 106 DAN DR VERSAILLES, KY 40383

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004